# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2022

*The Court of Appeals hereby passes the following order*

**A22I0146. SHAMIR M. HOODA et al. v. STATE OF GEORGIA EX REL. BRADFORD RIGBY, DISTRICT ATTORNEY, CORDELE JUDICIAL CIRCUIT.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21CV204



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 25, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*